ANNIE M. EVANS ET AL. *v.* W. A. FORBES, SUPERINTENDENT.

(Filed 28 February, 1912.)

APPEAL from an order of *O. H. Allen, J.,* heard at chambers 23 January, 1912, from PITT.

*W. F. Evans and Harry Skinner for plaintiff.*
*F. G. James & Son and Albion Dunn for defendant.*

PER CURIAM. The subject-matter of this action is the same as in *Tripp v. Commissioners, ante,* 180, and it is governed by the decision in that case.

The judgment dissolving the restraining order is
Affirmed.